UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAIM BIBERFELD, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

THERAPYMATCH, INC. d/b/a HEADWAY,

                Defendant.

**NOTICE OF REMOVAL**

---

Defendant, by its attorneys Lewis Brisbois Bisgaard & Smith LLP, submits as follows:

1. On July 23, 2025, Plaintiff e-filed the Summons and Complaint in the above-entitled action, pending in the Supreme Court of New York, County of Rockland (Index No. 034993/2025), and purporting to give notice of the nature of the claims for relief upon which the action is based. Annexed hereto as Exhibit A are the Summons, Complaint, and the Waiver of Service.

2. Defendant has not filed an answer or other responsive pleading in the pending action in the Supreme Court, and the time for it to do so has not yet run. Defendant was not served with process. Instead, the parties executed a Waiver of Service on September 10, 2025, pursuant to which Defendant has until October 10, 2025 to respond to the Complaint. This was executed but not filed with the Court.

3. Defendant hereby removes this action based on federal question jurisdiction pursuant to 28 U.S.C. § 1331. Because Plaintiff's Complaint alleges that Defendant violated a federal statute, the Americans with Disabilities Act, 42 U.S.C. § 12181(a) et seq., this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and removal is appropriate. The Complaint's First Cause of Action alleges that Defendant has engaged in unlawful discrimination

against Plaintiff, who is allegedly disabled, by denying Plaintiff access to its website, in violation of this federal statute.

4. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b) because it is being filed within 30 days after execution of the Waiver of Service.

5. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Supreme Court, New York County, in which the action had been pending.

WHEREFORE, Defendant respectfully requests that the above-captioned action be removed from the Supreme Court of New York, County of Rockland, to the United States District Court, Southern District of New York.

Dated: New York, New York
October 8, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Peter T. Shapiro
Peter T. Shapiro, Esq.
Erin P. Cain, Esq.
*Attorneys for Defendant*
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
212-232-1300
peter.shapiro@lewisbrisbois.com
erin.cain@lewisbrisbois.com

## CERTIFICATE OF SERVICE

  Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on October 3, 2025, he caused the Notice of Removal to be filed and served via first class mail and email upon the attorneys of record for Plaintiff.

/s/ Peter T. Shapiro<br>
Peter T. Shapiro