JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                        DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)              ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☐ Yes ☐  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?      No ☐      Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                    **NATURE OF SUIT**

                        **TORTS**                                           **ACTIONS UNDER STATUTES**

**CONTRACT**            **PERSONAL INJURY**       **PERSONAL INJURY/**      **FORFEITURE/PENALTY**   **BANKRUPTCY**           **OTHER STATUTES**

[ ] 110  INSURANCE      [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/       [ ] 625 DRUG RELATED     [ ] 422 APPEAL           [ ] 375 FALSE CLAIMS
[ ] 120  MARINE         [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL   SEIZURE OF PROPERTY       28 USC 158           [ ] 376 QUI TAM
[ ] 130  MILLER ACT         LIABILITY                 INJURY/PRODUCT LIABILITY  21 USC 881           [ ] 423 WITHDRAWAL       [ ] 400 STATE
[ ] 140  NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY   [ ] 690 OTHER                28 USC 157                   REAPPORTIONMENT
         INSTRUMENT         SLANDER                   PRODUCT LIABILITY                                                       [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF    [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                                                   [ ] 430 BANKS & BANKING
         OVERPAYMENT &      EMPLOYERS'                INJURY PRODUCT                                 **PROPERTY RIGHTS**      [ ] 450 COMMERCE
         ENFORCEMENT        LIABILITY                 LIABILITY                                                               [ ] 460 DEPORTATION
         OF JUDGMENT    [ ] 340 MARINE                                                               [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT   [ ] 345 MARINE PRODUCT    **PERSONAL PROPERTY**                              [ ] 830 PATENT                   ENCED & CORRUPT
[ ] 152  RECOVERY OF        LIABILITY             [ ] 370 OTHER FRAUD                                [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ORGANIZATION ACT
         DEFAULTED      [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                           [ ] 840 TRADEMARK                (RICO)
         STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                                                                 [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)    PRODUCT LIABILITY                                                        **SOCIAL SECURITY**      [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF    [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL    **LABOR**                                                 PROTECTION ACT
         OVERPAYMENT        INJURY                    PROPERTY DAMAGE                                [ ] 861 HIA (1395ff)
         OF VETERAN'S   [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE   [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)
         BENEFITS           MED MALPRACTICE           PRODUCT LIABILITY        STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))  [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                                       [ ] 720 LABOR/MGMT      [ ] 864 SSID TITLE XVI   [ ] 850 SECURITIES/
         SUITS                                    **PRISONER PETITIONS**       RELATIONS            [ ] 865 RSI (405(g))             COMMODITIES/
[ ] 190  OTHER                                    [ ] 463 ALIEN DETAINEE    [ ] 740 RAILWAY LABOR ACT                                EXCHANGE
         CONTRACT                                 [ ] 510 MOTIONS TO        [ ] 751 FAMILY MEDICAL  **FEDERAL TAX SUITS**    [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT       **ACTIONS UNDER STATUTES**    VACATE SENTENCE           LEAVE ACT (FMLA)                                     ACTIONS
         PRODUCT                                      28 USC 2255                                    [ ] 870 TAXES (U.S. Plaintiff or   [ ] 891 AGRICULTURAL ACTS
         LIABILITY      **CIVIL RIGHTS**          [ ] 530 HABEAS CORPUS     [ ] 790 OTHER LABOR          Defendant)
[ ] 196  FRANCHISE                                [ ] 535 DEATH PENALTY         LITIGATION           [ ] 871 IRS-THIRD PARTY  [ ] 893 ENVIRONMENTAL
                        [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC        26 USC 7609                  MATTERS
                                (Non-Prisoner)                                  SECURITY ACT (ERISA)                          [ ] 895 FREEDOM OF
**REAL PROPERTY**       [ ] 441 VOTING                                                                                                INFORMATION ACT
                        [ ] 442 EMPLOYMENT                                  **IMMIGRATION**                                   [ ] 896 ARBITRATION
[ ] 210  LAND           [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                   [ ] 899 ADMINISTRATIVE
         CONDEMNATION           ACCOMMODATIONS                              [ ] 462 NATURALIZATION                                    PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE    [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS              APPLICATION                               APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &           DISABILITIES -    [ ] 555 PRISON CONDITION  [ ] 465 OTHER IMMIGRATION
         EJECTMENT              EMPLOYMENT        [ ] 560 CIVIL DETAINEE            ACTIONS                                   [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND  [ ] 446  AMERICANS WITH       CONDITIONS OF CONFINEMENT                                                       STATE STATUTES
[ ] 245  TORT PRODUCT           DISABILITIES -OTHER
         LIABILITY      [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
   UNDER F.R.C.P. 23                           AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                               IF SO, STATE:

DEMAND $_____  OTHER _____    JUDGE _____  DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☐ YES  ☐ NO                      NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
　　☐ a. all parties represented
　　☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF　　2 U.S. DEFENDANT　　3 FEDERAL QUESTION (U.S. NOT A PARTY)　　4 DIVERSITY

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)


DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)


DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:


## COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:　THIS ACTION SHOULD BE ASSIGNED TO:　☐ WHITE PLAINS　☐ MANHATTAN

DATE _____　SIGNATURE OF ATTORNEY OF RECORD　ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # _____　Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)