UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHAIM BIBERFELD, on behalf of himself and
all others similarly situated,

Case No. 1:25-cv-08325-PAE

Plaintiff,

-against-

**STIPULATION AND ORDER**
THERAPYMATCH, INC. d/b/a HEADWAY,                    **EXTENDING TIME TO**
**RESPOND TO COMPLAINT**

Defendant.
-------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys

that time for Defendant Therapymatch, Inc. to move, answer, or otherwise respond to the

Complaint is hereby extended, on consent, from October 15, 2025 to November 14, 2025.

Dated: October 13, 2025

ZEMEL LAW, LLC                                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/David Semel                               By: /s/ Peter T. Shapiro
    Daniel Zemel, Esq.                               Peter T. Shapiro
    660 Broadway                                     77 Water Street, Suite 2100
    Patterson, NJ 07514                              New York, New York 10005
    (862) 227-3106                                   (212) 232-1300
    dz@zemellawllc.com                               Peter.Shapiro@lewisbrisbois.com
    *Attorneys for Plaintiff*                        *Attorneys for Defendant Therapymatch,*
                                                     *Inc.*

GRANTED. However, for future extension requests, the Court will
require the parties to comply with the requirements of Individual
Rule 1(E).

In addition, the Court notes that plaintiff failed to attach the state
court records to the notice of removal, Dkt. 1. The Court directs
plaintiff to file these documents, under the event State Court
Records and Proceedings Purs. to Rule 81, found under the
category Other Documents.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date: October 14, 2025
New York, New York